```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

LARRY D. DAVIS, SR.            :
                               :
     Plaintiff,                :    CIVIL ACTION
                               :
v.                             :    NO. 1:15-CV-133-WSD-ECS
                               :
CAROLYN COLVIN,                :
Acting Commissioner,           :
Social Security Administration :
                               :
     Defendant.                :

## FINAL REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On January 15, 2015, Plaintiff, proceeding pro se, submitted an application for leave to proceed in forma pauperis ("IFP") with a "Complaint and Motion for Discovery." [Docs. 1, 1-1]. On February 6, 2014, the undersigned granted Plaintiff's IFP application but struck the complaint, finding that it failed to state a claim for relief or a basis for this Court's jurisdiction. [Doc. 2 at 3-4]. Thus, rather than order service to issue, the undersigned entered an Order striking Plaintiff's complaint and allowing him thirty (30) days to file an amended complaint. [Id. at 4-5]. To date, Plaintiff has not filed an amended complaint. Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE.**

**SO REPORTED AND RECOMMENDED,** this 24th day of March, 2015.

*s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)